UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-97 RAJ |
| Plaintiff, | |
| v. | DETENTION ORDER |
| JORGE MANUEL ROBLES-TOVAR, | |
| Defendant. | |

<u>Offense charged</u>:     Illegal Reentry after Deportation

<u>Date of Detention Hearing</u>:     April 23, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant is reportedly a citizen of Mexico.

2.     The United States alleges that his presence in this country is illegal.  There is

DETENTION ORDER
PAGE -1

an immigration detainer pending against him.

  3.  Defendant and his counsel offer no opposition to entry of an order of detention.

  4.  Upon advice of counsel, defendant declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

  5.  Defendant poses a risk of nonappearance due to lack of status, a pending misdemeanor warrant and a pending felony case, as well as lack of background information. Defendant poses a risk of danger due to criminal history. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending sentencing and committed to the custody of the Attorney General for confinement in a correction facility. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

2. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

3. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

///

///

DETENTION ORDER
PAGE -2

DATED this 23rd day of April, 2018.

_Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3