JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-097RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO WAIVE PRESENTENCE REPORT AND INVESTIGATION AND TO RESCHEDULE SENTENCING |
| JORGE MANUEL ROBLES-TOVAR, | ) | |
| Defendant. | ) | |

The Court has considered the Defendant's motion to waive the presentence report and finds that such a waiver pursuant to Rule 32 of the Federal Rules of Criminal Procedure would serve the ends of justice and outweigh the best interests of the public and the defendant for purposes of sentencing.

IT IS HEREBY ORDERED that Defendant's motion (Dkt. #17) is GRANTED. No Presentence Investigation or Report will be required in this case; and

IT IS HEREBY ORDERED that the sentencing date in this matter shall be moved from August 10, 2018, at 10:00 a.m. to June 1, 2018 at 2:30 p.m.

DATED this 9th day of May, 2018.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO WAIVE PSR AND INVESTIGATION
AND TO RESCHEDULE SENTENCING
*(Jorge Manuel Robles-Tovar,* CR18-097RAJ*)*- 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**